UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE DRYWALL TAPERS AND POINTERS LOCAL UNION NO. 1974 BENEFIT FUNDS, | ) ) ) ) Index No.: 17-CIV-3719 (ALC) |
| Plaintiffs, | ) ) MOTION FOR ENTRY OF ) DEFAULT JUDGMENT |
| -against- | ) ) |
| AMADEO CONSTRUCTION CORP. OF N.Y. | ) ) |
| Defendant. | ) ) |

---

Plaintiffs, Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds hereby moves the Court pursuant to Federal Rule of Civil Procedure 55 (b) and Local Civil Rule 55.2 to enter default judgment in favor of Plaintiffs and against Defendant, Amadeo Construction Corp. of N.Y., on the grounds that said Defendant failed to answer or otherwise defend against the Complaint.

Dated: July 21, 2017

Lauren M. Kugielska, Esq.
BARNES, IACCARINO &
SHEPHERD LLP
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515